IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02721-BNB

TED ROBERT JONES,

    Applicant,

v.

DR. CHAFONTE,
DR. SEWELL,
COLORADO WEST MENTAL HEALTH, Grand Jct. CO.,
CMHIPUEBLO,
DELTA COUNTY COMBINED COURTS, and
GARFIELD COUNTY COMMUNITY CORRECTIONS PROBATION,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 16 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Ted Robert Jones, has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court must construe the application liberally because Mr. Jones is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will deny the application and dismiss the action.

Applicant already has pending in this Court two separate habeas corpus actions challenging the validity of Colorado state court convictions in two different counties. *See Jones v. Miller*, No. 10-cv-02455-BNB (D. Colo. filed Oct. 8, 2010) (challenging the following Delta County Combined Courts cases: 09M10, 09CR110, and 09M48 in the); *Jones v. Mesa County Courts*, No. 10-cv-02458-BNB (D. Colo. filed Oct. 8,

2010) (challenging one or more of the following Mesa County Court cases: 08MH150, 09T1856, 09M516, and 09M1196). On October 27, 2010, Mr. Jones was ordered to file an amended pleading in each of the pending habeas corpus cases that clarifies the convictions he is challenging and the claims he is asserting. Mr. Jones has not yet filed his amended pleadings in the pending cases.

The instant habeas corpus application consists of two hundred seventy-four consecutively-numbered pages, the vast majority of which do not include a case number. The first nine pages consist of the Court's 28 U.S.C. § 2254 habeas corpus application form. (*See* Doc. #1 at pp.1-9.) These nine pages do not include a case number, but Mr. Jones alleges in the first nine pages that he is challenging the same Delta County Combined Courts cases that are the subject of 10-cv-02455-BNB. On the top of the pages numbered ten through thirty, thirty-five, and thirty-seven, which consist of the Court's 28 U.S.C. § 2254 habeas corpus application form and various other documents, Mr. Jones has written "10-CV-02455-BNB." (*See* Doc. #1 at pp. 10-30, 35, and 37.) However, Mr. Jones has written "10-CV-02458-BNB" on the top of the pages numbered 192-97 (Doc. #1-3 at pp. 43-48); the pages numbered 226-27 (Doc. #1-4 at pp. 26-27); and the pages numbered 243-44 (Doc. #1-4 at pp. 43-44). The various pages on which Mr. Jones has written 10-CV-02458-BNB consist of pages from the Court's 28 U.S.C. § 1915 *in forma pauperis* form motion and 28 U.S.C. § 2254 habeas corpus application form as well as other documents. Pages numbered 234-242 (Doc. #1-4 at pp. 34-42) consist of another 28 U.S.C. § 2254 habeas corpus application form that does not include a case number and in which Mr. Jones alleges he is challenging Mesa County Court case number 08MH150, one of the cases that may be the subject

of 10-cv-02458-BNB.

It appears that the instant action relates to the same state court convictions that are the subject of 10-cv-02455-BNB and 10-cv-02458-BNB. Mr. Jones may not initiate a new habeas corpus action challenging the convictions that are the subject of his pending habeas corpus cases. Therefore, the instant action will be dismissed without prejudice. Mr. Jones is advised that whatever claims he wishes to pursue in his pending cases must be asserted in the amended pleadings he has been ordered to file in those cases. Mr. Jones also is advised that he must clearly identify the appropriate case number on any documents he submits to the Court for filing. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this __15th__ day of __November__, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02721-BNB

Ted Robert Jones
795 County Road 326
Silt, Colorado 81652

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/16/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk